**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Raoul LAFOND, a/k/a Chris Lafond, a/k/a Jim, a/k/a Jamaican Jim, a/k/a Derrick Burch, a/k/a Fletcher Busbee, a/k/a Ronald Elie, a/k/a Ronald Ely, Defendant–Appellant.**

**No. 15–7456.**

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 28, 2016.

Decided: Feb. 19, 2016.

Raoul Lafond, Appellant Pro Se. Robert Michael Hamilton, Angela Hewlett Miller, Assistant United States Attorneys, Greensboro, North Carolina, for Appellee.

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raoul Lafond appeals the district court's order denying relief on his motion for reduction of sentence, 18 U.S.C. § 3582 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Lafond*, No. 6:96–cr–00212–WO–1 (M.D.N.C. Sept. 2, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*